ACCEPTED
01-14-00872-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 4:36:15 PM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01-14-00872-CV

## IN THE FIRST COURT OF APPEALS

CALHOUN/HOLIDAY PLACE, INC., *et al*

v.

WELLS FARGO BANK, N.A.

### On appeal from the 55th Judicial District Court of Harris County, Texas Cause No. 2011-56876

**APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, Wells Fargo Bank, N.A., requests a 30–day extension to file its brief, and for good cause, would show as follows:

1. Appellee's brief is due on May 22, 2015.

2. This is Appellee's first request for an extension of time.

3. Appellee requests a 30–day extension to file its brief so that the undersigned can adequately prepare the same.

4. The undersigned has not had sufficient time to prepare Appellee's brief due to the demands of his docket, which include:

1

- Filing a reply brief on the merits with the Texas Supreme Court on April 9, 2015, in the case–styled and numbered, *In re O.E. Investments, Ltd.,* Case No. 14–0375.

- Attending mediation on April 13, 2015.

- Filing a petition for review on April 14, 2015 in the case–styled and numbered *Pedernal Energy, LLC v. Bruington Engineering, LLC,* Case No. 15–0123.

- Preparing for and attending a pretrial conference on April 27, 2015, which included the filing of several motions on April 23, 2015.

- Attending mediation on April 29, 2015.

- Presenting a CLE presentation on April 30, 2015.

- Filing a reply brief on May 4, 2015 in the case–styled and numbered, *Approximately $31,421 v. State of Texas,* Case No. 14–14–00385–CV.

- Filing a petition for review on May 6, 2015 in the case–styled and numbered, *McLean v. Livingston,* Case No. 15–0100.

- Filing a petition for review on May 8, 2015 in the case–styled and numbered, *Ex parte Crittenden,* Case No. 15–0184.

- Filing a petition for writ of mandamus on May 11, 2015 in the case–styled and numbered, *In re Pfeil,* Case No. 01–15–00433–CV.

- Preparing for and presenting oral argument on May 12, 2015 in the *Approximately $31,421 v. State of Texas* matter referenced above.

- Preparing for and presenting a CLE presentation in Lubbock on May 20, 2015.

5.    Thus, additional time is needed for the undersigned to prepare and file Appellee's brief.

6.    Under Tex. R. App. P. 10.3, the undersigned conferred with counsel for Appellants, and counsel is unopposed to this motion.

FOR THESE REASONS, Appellee prays that the Court grant this motion for extension of time and extend the deadline for filing Appellee's brief to June 22, 2015.

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC

By: */s/ Sean M. Reagan*
        Sean Michael Reagan
        sreagan@lpmfirm.com
        Texas Bar No. 24046689
        9545 Katy Freeway, Suite 200
        Houston, Texas 77024
        Telephone: 713-785-0881
        Facsimile: 713-784-0884

**ATTORNEY FOR APPELLEE**

## Certificate of Service

I certify that a true and correct copy of this document has been served to all interested parties of record on this the 19th day of May 2015 as follows:

H. Miles Cohen                              *Via Email*
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010


/s/ *Sean M. Reagan*
Sean M. Reagan